### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

MARIA URIBE DE FIGUEROA,

    Plaintiff,

v.                                         Civil Action No.: 1:22-cv-03372

COSTCO WHOLESALE CORPORATION,

    Defendant.

### **NOTICE OF REMOVAL**

Defendant, Costco Wholesale Corporation ("Costco") by counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, on the following grounds:

1. This civil action was commenced by the filing of a Complaint on or about October 11, 2022 and is currently pending in the Superior Court for the District of Columbia, Civil Division. Copies of all process, pleadings, papers and orders which have been served on or received by the Defendant are attached to this Notice as **Exhibit A.**

2. Costco received via process server the Plaintiff's Summons and Complaint on or about October 19, 2022.  This was Costco's first notice that a Complaint had been filed and was pending against it.

3. No further proceedings have been had in this action.

4. The amount in controversy in the action, exclusive of interest and cost, is in excess of $75,000.00 (See Pl.'s Compl, Ex. A).

5. Plaintiff is, and was at the time this action was filed, a citizen and resident of the Capitol Heights, Maryland. (See Ex. A.).

6. Costco Wholesale Corporation is, and was at the time this action was filed, a corporation incorporated in the State of Washington, with its principal place of business in the State of Washington. Costco was not, and is not now, a citizen of the District of Columbia.

7. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship as to Plaintiff and Defendant.

8. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Costco desires to remove this action to this Court.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of Plaintiff's Complaint by Costco through service or otherwise.

WHEREFORE, Costco Wholesale Corporation, by counsel, respectfully requests that the above-entitled action be removed from the Superior Court of the District of Columbia, Civil Division, to this Court.

Respectfully submitted,

COSTCO WHOLESALE CORPORATION

By: /s/ J. Matthew Haynes, Jr.
J. Matthew Haynes, Jr.
Washington D.C. Bar No.: 992067
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) and transmitted the same via First Class Mail, to the following:

Crystallis Vergara, Esq.
Washington D.C. Bar No.: 1614007
Jezie & Moyse, LLC
2730 University Boulevard West, Suite 604
Wheaton, MD 20902
Tel. (240) 292-7200
Fax. (240) 292-7225
Email: crystallis@jezlefirm.com
*Counsel for Plaintiff*

And via eFileDC for the Court, to the following:

Superior Court of the District of Columbia
Civil Division
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001
Phone: (202) 879-1133

/s/ J. Matthew Haynes, Jr., Esquire
J. Matthew Haynes, Jr., Esquire
Washington D.C. Bar No.: 992067
MCCANDLISH HOLTON
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*