IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA URIBE DE FIGUEROA,

    Plaintiff,

v.    Civil Action No.: 1:22-cv-03372-CRC

COSTCO WHOLESALE CORPORATION,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of Plaintiff's claims against Defendant Costco Wholesale Corporation asserted in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses of litigation.

The Court shall retain jurisdiction for the purpose of enforcing settlement, if necessary.

| | |
|---|---|
| /s/ J. Matthew Haynes, Jr. | /s/ Crystallis Vergara |
| J. Matthew Haynes, Jr., Esq. | Crystallis Vergara, Esq. |
| Washington D.C. Bar No.: 992067 | Washington D.C. Bar No.: 1614007 |
| McCandlish Holton, P.C. | Jezie & Moyse, LLC |
| 1111 East Main Street, Suite 2100 | 2730 University Boulevard West, Suite 604 |
| P.O. Box 796 | Wheaton, MD 20902 |
| Richmond, Virginia 23218 | Tel. (240) 292-7200 |
| (804) 775-3100 Telephone | Fax. (240) 292-7225 |
| (804) 775-3800 Facsimile | crystallis@jezlefirm.com |
| mhaynes@lawmh.com | *Counsel for Plaintiff* |
| *Counsel for Costco Wholesale Corporation* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Crystallis Vergara, Esq.
Washington D.C. Bar No.: 1614007
Jezie & Moyse, LLC
2730 University Boulevard West, Suite 604
Wheaton, MD 20902
Tel. (240) 292-7200
Fax. (240) 292-7225
Email: crystallis@jezlefirm.com
*Counsel for Plaintiff*

    /s/ J. Matthew Haynes, Jr.
J. Matthew Haynes, Jr.
Washington D.C. Bar No.: 992067
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*